01

02

03

04

05                    UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07 UNITED STATES OF AMERICA,        **)**   CASE NO. MJ 21-082
                                    **)**    (Dist. So. Carolina 2:20-cr-778)
08          Plaintiff,              **)**
                                    **)**
09     v.                           **)**   DETENTION ORDER
                                    **)**
10 UNSLO RASHAD THOMAS,             **)**
                                    **)**
11          Defendant.              **)**
                                    **)**

12

13                    Offenses Charged in Indictment

14 Count 1: Conspiracy, cocaine, heroin, fentanyl and marijuana

15 Count 3: Fentanyl, possession with intent to distribute, and distribution

16                          Detention Hearing:

17        Defendant made his initial appearance in this district on February 11, 2021.

18 Based upon the factual findings and statement of reasons for detention hereafter set forth, the

19 court finds that no condition or combination of conditions which defendant can meet will

20 reasonably assure the safety of other persons and the community, and the future appearances

21 of defendant as required.

22

DETENTION ORDER
PAGE -1

01

02      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

03      (1)     Each count of the Indictment in which defendant is charged alleges a drug

04              offense which carries a maximum penalty in excess of ten years.  There is

05              therefore a rebuttable presumption that defendant is to be detained, both for

06              flight risk and for danger to other persons and the community.  Defendant and

07              his counsel have presented nothing to rebut that presumption.

08      (2)     The Pretrial Services Report, admitted as an exhibit at the detention hearing,

09              recommended his detention, and presented additional facts in support of that

10              recommendation.  Defendant and his counsel offered nothing in opposition.

11      (3)     After his arrest today, defendant reportedly jumped out of a window, in an

12              apparent attempt to escape.  He was taken to a hospital, but then released for

13              his initial court appearance.

14      (4)     Defendant and his counsel stipulated to the entry of a Detention Order.

15      (5)     Defendant, upon advice of counsel, also waived further hearings in this district,

16              and stipulated to his transfer to the charging district, the District of South

17              Carolina.

18

19  It is therefore ORDERED:

20      1.  Defendant shall be detained pending trial and committed to the custody of the

21          Attorney General for confinement in a correction facility separate, to the extent

22          practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER
PAGE -2

01       pending appeal;

02    2.  Defendant shall be afforded reasonable opportunity for private consultation with

03       counsel;

04    3.  On order of the United States or on request of an attorney for the Government, the

05       person in charge of the corrections facility in which defendant is confined shall deliver

06       the defendant to a United States Marshal for the purpose of an appearance in

07       connection with a court proceeding; and

08    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

09       for the defendant, to the United States Marshal, and to the United States Pretrial

10       Services Officer.

11       DATED this 11th day of February, 2021.

12

13                            John L. Weinberg

14                        United States Magistrate Judge

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3